SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:10-cr-00078 MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| ISRAEL BALLARDO ) aka Ernesto Franco Alvarez, ) and ) FREDDY LOAIZA ) | DATE: June 10, 2010 TIME: 9:00 a.m. COURT: Hon. Morrison England, Jr. |
| Defendants. ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for June 10, 2010, may be continued to July 22, 2010, at 9:00 a.m.  The defense attorneys are conducting investigation which include extensive client interviews. As a result, the defense needs additional time before a meaningful status conference can be held.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

1

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.

DATED: June 8, 2010            BENJAMIN WAGNER
                               United States Attorney

                        by     /s/
                               Jill Thomas
                               Assistant U.S. Attorney

DATED: June 8, 2010
                        by     /s/ Scott N. Cameron
                               Scott N. Cameron
                               Counsel for ISRAEL BALLARDO

DATED: June 8, 2010
                        by     /s/
                               Dina Santos
                               Counsel for FREDDY LOAIZA

## Order

Good cause appearing,

The status conference, scheduled for June 10, 2010, is continued to July 22, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: June 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE