SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:10-cr-00078 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ISRAEL BALLARDO | ) | |
| aka Ernesto Franco Alvarez, | ) | DATE:    July 22, 2010 |
| and | ) | TIME:    9:00 a.m. |
| FREDDY LOAIZA | ) | COURT:  Hon. Morrison England, Jr. |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for July 22, 2010, may be continued to September 9, 2010, at 9:00 a.m.  The defense is reviewing discovery and investigation is ongoing.  As a result, the defense needs additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

1

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.


DATED: June 19, 2010                    BENJAMIN WAGNER
                                        United States Attorney


                            by   /s/ Scott N. Cameron, for
                                 Jill Thomas
                                 Assistant U.S. Attorney


DATED: June 19, 2010
                            by   /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for ISRAEL BALLARDO


DATED: June 19, 2010
                            by   /s/ Scott N. Cameron, for
                                 Dina Santos
                                 Counsel for FREDDY LOAIZA


                                  Order

     Good cause appearing,

     The status conference, scheduled for June 22, 2010, is continued to September 9, 2010, at 10:00 a.m.

     Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

     IT IS SO ORDERED.

 Dated: July 22, 2010

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE