```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br> ISRAEL BALLARDO                 )<br> aka Ernesto Franco Alvarez,    )<br>     and                        )<br> FREDDY LOAIZA                   )<br>                                )<br>          Defendants.           )<br> _____) | CASE NO.  2:10-cr-00078 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br><br>DATE:   September 9, 2010<br>TIME:   9:00 a.m.<br>COURT:  Hon. Morrison England, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for September 9, 2010, may be continued to October 21, 2010, at 9:00 a.m.  The defense is reviewing discovery and investigation is ongoing.  As a result, the defense needs additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

/ / /

1

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.

DATED: September 8, 2010          BENJAMIN WAGNER
                                  United States Attorney

                            by    /s/ Scott N. Cameron, for
                                  Jill Thomas
                                  Assistant U.S. Attorney

DATED: September 8, 2010
                            by    /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for ISRAEL BALLARDO

DATED: September 8, 2010
                            by    /s/ Scott N. Cameron, for
                                  Dina Santos
                                  Counsel for FREDDY LOAIZA

## Order

Good cause appearing,

The status conference, scheduled for September 9, 2010, is continued to October 21, 2010, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: September 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE