```
DINA L. SANTOS, SBN 204200
A PROFESSIONAL LAW CORP.
428 J Street, Suite 359
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for:
FREDDY LOIZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:10-cr-00078 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| ISRAEL BALLARDO ) | |
| aka Ernesto Franco Alvarez, ) | DATE: December 9, 2010 |
| and ) | TIME: 9:00 a.m. |
| FREDDY LOAIZA ) | COURT: Hon. Morrison England, Jr. |
| ) | |
| Defendants. ) | |
| _____) | |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for October 21, 2010, may be continued to December 9, 2010, at 9:00 a.m. The defense is reviewing discovery and investigation is ongoing. All parties are requesting additional time to continue review of discovery, investigation, and negotiations with the prosecution. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

1

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.

DATED: Oct. 18, 2010                BENJAMIN WAGNER
                                    United States Attorney

                            by      /s/ Dina L. Santos, for
                                    Jill Thomas
                                    Assistant U.S. Attorney

DATED: Oct. 18, 2010
                            by      /s/ Dina L. Santos for
                                    Scott N. Cameron
                                    Counsel for ISRAEL BALLARDO

DATED: Oct. 18, 2010
                            by      /s/Dina L. Santos
                                    Dina Santos
                                    Counsel for FREDDY LOAIZA

## Order

Good cause appearing,

The status conference, scheduled for October 21, 2010, is continued to December 9, 2010, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: October 21, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE