1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   ISRAEL BALLARDO
5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )  NO.  2:10-cr-00078 MCE
                                )
11             Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE
12      v.                      )
                                )
13 ISRAEL BALLARDO              )
   aka Ernesto Franco Alvarez,  )  DATE:   December 9, 2010
14      and                     )  TIME:   9:00 a.m.
   FREDDY LOAIZA                )  COURT:  Hon. Morrison England, Jr.
15                              )
               Defendants.      )
16 _____ )

17
                              Stipulation
18
        The parties, through undersigned counsel, stipulate that the
19
   status conference, scheduled for December 9, 2010, may be continued to
20
   February 3, 2011, at 9:00 a.m.  The defense is reviewing discovery,
21
   investigation is ongoing and it is expected that parties will be
22
   negotiating a settlement.  As a result, the defense needs additional
23
   time before a meaningful status conference can be held.  The parties
24
   also agree that time may be excluded from the speedy trial calculation
25
   under the Speedy Trial Act for counsel preparation, pursuant to 18
26
   U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
27
   / / /
28

                                    1

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.

DATED: December 3, 2010                BENJAMIN WAGNER
                                       United States Attorney

                              by   /s/ Scott N. Cameron, for
                                   Jill Thomas
                                   Assistant U.S. Attorney

DATED: December 3, 2010
                              by   /s/ Scott N. Cameron
                                   Scott N. Cameron
                                   Counsel for ISRAEL BALLARDO

DATED: December 3, 2010
                              by   /s/ Scott N. Cameron, for
                                   Dina Santos
                                   Counsel for FREDDY LOAIZA

## Order

Good cause appearing,

The status conference, scheduled for December 9, 2010, is continued to February 3, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE