SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00078 MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| ISRAEL BALLARDO ) aka Ernesto Franco Alvarez, ) and ) FREDDY LOAIZA ) | DATE: March 3, 2011 TIME: 9:00 a.m. COURT: Hon. Morrison England, Jr. |
| Defendants. ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for February 3, 2011, may be continued to March 3, 2011, at 9:00 a.m. The defense is reviewing discovery, investigation is ongoing and it is expected that parties will be negotiating a settlement. As a result, the defense needs additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

1

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.

DATED: January 31, 2011                 BENJAMIN WAGNER
                                        United States Attorney

                                   by   /s/ Scott N. Cameron, for
                                        Jill Thomas
                                        Assistant U.S. Attorney

DATED: January 31, 2011
                                   by   /s/ Scott N. Cameron
                                        Scott N. Cameron
                                        Counsel for ISRAEL BALLARDO

DATED: January 31, 2011
                                   by   /s/ Scott N. Cameron, for
                                        Dina Santos
                                        Counsel for FREDDY LOAIZA

## Order

Good cause appearing,

The status conference, scheduled for February 3, 2011, is continued to March 3, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE