SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )    CASE NO.  2:10-cr-00078 MCE
                                 )
              Plaintiff,          )    STIPULATION AND ORDER CONTINUING
                                 )    STATUS CONFERENCE
     v.                          )
                                 )
ISRAEL BALLARDO                  )
aka Ernesto Franco Alvarez,      )    DATE:    March 3, 2011
      and                        )    TIME:    9:00 a.m.
FREDDY LOAIZA                    )    COURT:   Hon. Morrison England, Jr.
                                 )
              Defendants.        )
_____ )


                               Stipulation

     The parties, through undersigned counsel, stipulate that the
status conference, scheduled for March 3, 2011, may be continued to
April 14, 2011, at 9:00 a.m.  The defense is reviewing discovery,
investigation is ongoing and it is expected that parties will be
negotiating a settlement.  As a result, the defense needs additional
time before a meaningful status conference can be held.  The parties
also agree that time may be excluded from the speedy trial calculation
under the Speedy Trial Act for counsel preparation, pursuant to 18
U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

                                    1

1    The parties have authorized the defense counsel for Israel
2  Ballardo to sign this stipulation on their behalf.

3

4  DATED: February 25, 2011          BENJAMIN WAGNER
                                     United States Attorney
5

6                            by    /s/ Scott N. Cameron, for
7                                  Jill Thomas
                                   Assistant U.S. Attorney
8
   DATED: February 25, 2011
9                            by    /s/ Scott N. Cameron
                                   Scott N. Cameron
10                                 Counsel for ISRAEL BALLARDO

11
   DATED: February 25, 2011
12                           by    /s/ Scott N. Cameron, for
                                   Dina Santos
13                                 Counsel for FREDDY LOAIZA

14

15                               Order

16    Good cause appearing,

17    The status conference, scheduled for March 3, 2011, is continued
18  to April 14, 2011, at 9:00 a.m.

19    Time is excluded from the speedy trial calculation pursuant to 18
20  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

21    IT IS SO ORDERED.

22
    Dated: February 28, 2011
23

24                           _____
25                           MORRISON C. ENGLAND, JR.
                             UNITED STATES DISTRICT JUDGE
26

27

28

                                    2