SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-00078 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ISRAEL BALLARDO aka Ernesto Franco Alvarez, and FREDDY LOAIZA | DATE: April 14, 2011<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |
| Defendants. | |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for April 14, 2011, may be continued to May 26, 2011, at 9:00 a.m. The defense is reviewing discovery, investigation is ongoing and it is expected that parties will be negotiating a settlement. As a result, the defense needs additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
/ / /

1

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.

DATED: April 11, 2011              BENJAMIN WAGNER
                                   United States Attorney

                              by   /s/ Scott N. Cameron, for
                                   Jill Thomas
                                   Assistant U.S. Attorney

DATED: April 11, 2011
                              by   /s/ Scott N. Cameron
                                   Scott N. Cameron
                                   Counsel for ISRAEL BALLARDO

DATED: April 11, 2011
                              by   /s/ Scott N. Cameron, for
                                   Dina Santos
                                   Counsel for FREDDY LOAIZA

## Order

Good cause appearing,

The status conference, scheduled for April 14, 2011, is continued to May 26, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: April 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2