```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISRAEL BALLARDO ) <br> aka Ernesto Franco Alvarez, ) <br>     and ) <br> FREDDY LOAIZA ) <br> ) <br> Defendants. ) <br> _____) | Case No.  2:10-cr-00078 MCE <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE <br><br> DATE:  May 26, 2011 <br> TIME:  9:00 a.m. <br> COURT: Hon. Morrison England, Jr. |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference, scheduled for May 26, 2011, may be continued to July 7, 2011, at 9:00 a.m. Attorney for defendant Israel Ballardo has been in trial in an unrelated matter (People v. Baskin, 10F00039, County of Sacramento). While that trial is expected to end before the May 26, 2011, status conference, counsel for Ballardo needs the additional time requested in this stipulation to compose an offer of settlement to the government. Composing the offer involves legal research to justify the offer and locating supporting facts in the discovery. As a result, the defense needs additional time before a meaningful status conference can be held.

1

1 The parties also agree that time may be excluded from the speedy trial
2 calculation under the Speedy Trial Act for counsel preparation,
3 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
4     The parties have authorized the defense counsel for Israel
5 Ballardo to sign this stipulation on their behalf.

7 DATED: May 23, 2011                    BENJAMIN WAGNER
                                         United States Attorney

9                                  by    /s/ Scott N. Cameron, for
                                         Jill Thomas
10                                       Assistant U.S. Attorney

12 DATED: May 23, 2011
                                   by    /s/ Scott N. Cameron
                                         Scott N. Cameron
13                                       Counsel for ISRAEL BALLARDO

15 DATED: May 23, 2011
                                   by    /s/ Scott N. Cameron, for
                                         Dina Santos
16                                       Counsel for FREDDY LOAIZA

ORDER

Good cause appearing, the status conference, scheduled for May 26, 2011, is continued to July 7, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: May 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE