```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ISRAEL BALLARDO<br>aka Ernesto Franco Alvarez,<br>     and<br>FREDDY LOAIZA<br><br>              Defendants. | CASE NO.  2:10-cr-00078 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br><br>DATE:  July 7, 2011<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for July 7, 2011, may be continued to August 4, 2011, at 9:00 a.m. Counsel for defendant Ballardo needs the additional time requested in this stipulation to compose an offer of settlement to the government. Composing the offer involves legal research to justify the offer and locating supporting facts in the discovery. As a result, the defense needs additional time before a meaningful status conference can be held.

///

///

1

1  The parties also agree that time may be excluded from the speedy trial
2  calculation under the Speedy Trial Act for counsel preparation,
3  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
4       The parties have authorized the defense counsel for Israel
5  Ballardo to sign this stipulation on their behalf.
6
7  DATED: July 1, 2011                    BENJAMIN WAGNER
                                          United States Attorney
8
9                                     by  /s/ Scott N. Cameron, for
                                          Jill Thomas
10                                        Assistant U.S. Attorney
11
   DATED: July 1, 2011
12                                    by  /s/ Scott N. Cameron
                                          Scott N. Cameron
13                                        Counsel for ISRAEL BALLARDO
14
   DATED: July 1, 2011
15                                    by  /s/ Scott N. Cameron, for
                                          Dina Santos
16                                        Counsel for FREDDY LOAIZA

<u>Order</u>

Good cause appearing,

The status conference, scheduled for July 7, 2011, is continued to August 4, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation. The Court finds that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE