```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00078 MCE |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. ) | |
| ISRAEL BALLARDO ) aka Ernesto Franco Alvarez, ) and ) FREDDY LOAIZA ) | DATE: August 4, 2011 TIME: 9:00 a.m. COURT: Hon. Morrison England, Jr. |
| Defendants. ) | |

**Stipulation**

The parties, through undersigned counsel, stipulate that the status conference, scheduled for August 4, 2011, may be continued to September 29, 2011, at 9:00 a.m. Counsel for both defendants need the additional time requested in this stipulation to attempt to resolve this case. Counsel for defendant Ballardo has been actively researching an issue that relates to the sentencing guidelines. Counsel for defendant Ballardo intends to summarize this legal research for the government in an attempt to resolve the case. As a result, the defense needs additional time before a meaningful status conference can be held.

1

1    Further, all of the parties, agree and stipulate that the ends of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial. As
4 such, the parties agree that time may be excluded from the speedy
5 trial calculation under the Speedy Trial Act for counsel preparation,
6 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
7    The parties have authorized the defense counsel for Israel
8 Ballardo to sign this stipulation on their behalf.

10 DATED: July 28, 2011                BENJAMIN WAGNER
                                       United States Attorney

12                                by   /s/ Scott N. Cameron, for
                                       Jill Thomas
13                                     Assistant U.S. Attorney

14
   DATED: July 28, 2011
15                                by   /s/ Scott N. Cameron
                                       Scott N. Cameron
16                                     Counsel for ISRAEL BALLARDO

17
   DATED: July 28, 2011
18                                by   /s/ Scott N. Cameron, for
                                       Dina Santos
19                                     Counsel for FREDDY LOAIZA

<pre>
1                              Order
2        Good cause appearing, the status conference, scheduled for August
3   4, 2011, is continued to September 29, 2011, at 9:00 a.m.  The Court
4   finds that the ends of justice served by granting this continuance
5   outweigh the best interests of the public and the defendants in a
6   speedy trial in this case.  Time is excluded from the speedy trial
7   calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and Local
8   Code T4 for counsel preparation.
9        IT IS SO ORDERED.
10
    Dated: August 2, 2011
11
12
                                _____
13                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
</pre>