1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for:
   FREDDY LOIZA
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   CASE NO.  2:10-cr-00078 MCE
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER CONTINUING
                                 )   STATUS CONFERENCE
13      v.                       )
                                 )
14 ISRAEL BALLARDO               )
   aka Ernesto Franco Alvarez,   )   DATE:  November 10, 2011
15      and                      )   TIME:  9:00 a.m.
   FREDDY LOAIZA                 )   COURT: Hon. Morrison England, Jr.
16                               )
                Defendants.      )
17 _____)

18
                              Stipulation
19
        The parties, through undersigned counsel, stipulate that the
20
   status conference, scheduled for September 29, 2011, may be continued
21
   to November 10, 2011, at 9:00 a.m.,for further status and possible
22
   change of plea.
23
        This continuance is requested by the defense in order to permit
24
   further diligent examination of possible defenses, further client
25
   consultation concerning available courses of action, review of
26
   discovery and further negotiations with the prosecutor in an attempt to
27
   reach a final resolution.  Plea agreements have been provided to
28

1  Counsel; however, Mr. Loiza would like to have the plea agreement
2  translated into Spanish in writing so that he can have time to
3  thoroughly review the contents of the agreement.

5  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
6  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
7  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
8  ends of justice served in granting the continuance and allowing the
9  defendant further time to prepare outweigh the best interests of the
10 public and the defendant in a speedy trial.
11    The Court is advised that all counsel have conferred about this
12 request, that all have agreed to the November 10, 2011 date, and that
13 all Counsel have authorized Ms. Santos to sign this stipulation on
14 their behalf.
15    **IT IS SO STIPULATED.**

17 Dated: Sept. 23, 2011            /s/ Dina L. Santos
                                    DINA L. SANTOS
18                                  Attorney for Defendant
                                    FREDDY LOIZA

20 Dated: Sept. 23, 2011            /s/ Scott Cameron
                                    SCOTT CAMERON
21                                  Attorney for Defendant
                                    ISRAEL BALLARDO

Stipulation and Order                2

1 | Dated: Sept. 23, 2011                         /s/ Jill Thomas
                                                  JILL THOMAS
2                                                 Assistant United States Attorney
                                                  Attorney for Plaintiff
3

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE