SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ISRAEL BALLARDO<br>aka Ernesto Franco Alvarez,<br>　　and<br>FREDDY LOAIZA<br><br>　　　　Defendants. | CASE NO.  2:10-cr-00078 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br><br>DATE:　November 10, 2011<br>TIME:　9:00 a.m.<br>COURT:　Hon. Morrison England, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for November 10, 2011, may be continued to December 15, 2011, at 9:00 a.m.  This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, review of discovery and further negotiations with the prosecutor in an attempt to reach a final resolution.  Furthermore, a plea agreement was recently translated in writing into Spanish for defendant Loaiza and his counsel needs additional time to review and discuss the document with Mr. Loaiza.

1

Further, all of the parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Israel Ballardo to sign this stipulation on their behalf.

DATED: November 7, 2011    BENJAMIN WAGNER
               United States Attorney

            by /s/ Scott N. Cameron, for
              Jill Thomas
              Assistant U.S. Attorney

DATED: November 7, 2011
            by /s/ Scott N. Cameron
              Scott N. Cameron
              Counsel for ISRAEL BALLARDO

DATED: November 7, 2011
            by /s/ Scott N. Cameron, for
              Dina Santos
              Counsel for FREDDY LOAIZA

### **Order**

Good cause appearing,

The status conference, scheduled for November 10, 2011, is continued to December 15, 2011, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE