```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   ISRAEL BALLARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ISRAEL BALLARDO, et. al.<br><br>            Defendants. | CASE NO.  2:10-cr-00078 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:  February 2, 2012<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

### Stipulation

Both parties, through undersigned counsel, stipulate that the status conference, scheduled for February 2, 2012, may be continued to March 8, 2012, at 9:00 a.m.  Defense counsel for Israel Ballardo has conveyed an offer to the government to resolve this matter.  However, the additional time requested in this stipulation is required to allow the government sufficient time to consider the offer, allow for further negotiations if necessary, and to prepare a plea agreement if the parties are able to reach an agreement.

///

1

1  Further, both parties, agree and stipulate that the ends of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial.  As
4 such, the parties agree that time may be excluded from the speedy
5 trial calculation under the Speedy Trial Act for counsel preparation,
6 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

7  The prosecutor has authorized the defense counsel for Israel
8 Ballardo to sign this stipulation on her behalf.

DATED: January 31, 2012           BENJAMIN WAGNER
                                  United States Attorney

                            by    /s/ Scott N. Cameron, for
                                  Jill Thomas
                                  Assistant U.S. Attorney

DATED: January 31, 2012
                            by    /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for ISRAEL BALLARDO

1                                    ORDER

2       Good cause appearing, the status conference, scheduled for
3  February 2, 2012, is continued to March 8, 2012, at 9:00 a.m.  The
4  Court finds that the ends of justice served by granting this
5  continuance outweigh the best interests of the public and the
6  defendants in a speedy trial in this case.  Time is excluded from the
7  speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and
8  Local Code T4 for counsel preparation.

9       IT IS SO ORDERED.

10 Dated: March 2, 2012

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE