SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:10-cr-00078 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| ISRAEL BALLARDO, et. al. ) | |
| ) | DATE: February 2, 2012 |
| Defendants. ) | TIME: 9:00 a.m. |
| _____) | COURT: Hon. Morrison England, Jr. |

## Stipulation

Both parties, through undersigned counsel, stipulate that the status conference, scheduled for February 2, 2012, may be continued to March 8, 2012, at 9:00 a.m.  Defense counsel for Israel Ballardo has conveyed an offer to the government to resolve this matter.  However, the additional time requested in this stipulation is required to allow the government sufficient time to consider the offer, allow for further negotiations if necessary, and to prepare a plea agreement if the parties are able to reach an agreement.

///

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Israel Ballardo to sign this stipulation on her behalf.

DATED: January 31, 2012         BENJAMIN WAGNER
                                United States Attorney

                        by      /s/ Scott N. Cameron, for
                                Jill Thomas
                                Assistant U.S. Attorney

DATED: January 31, 2012
                        by      /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for ISRAEL BALLARDO

ORDER

Good cause appearing, the status conference, scheduled for February 2, 2012, is continued to March 8, 2012, at 9:00 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE